Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
cbc@caddellchapman.com
Amy E. Tabor (SBN 297660)
aet@caddellchapman.com
CADDELL & CHAPMAN
628 East 9th St.
Houston, TX 77007-1722
Tel.: (713) 751-0400
Fax: (713) 751-0906

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| REGMON L. HAWKINS, *individually and on behalf of others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>DEVERUS, INC.,<br><br>*Defendant.* | Case No. 3:17-CV-07041-WHA<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)**<br><br>Ctrm: 12 – 19th Floor<br>Judge: William H. Alsup |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that Defendant Deverus, Inc. is hereby dismissed from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a) and this Court's standing orders, each side to bear its own costs.

Dated: February 26, 2018     Respectfully submitted,

By: */s/ Michael A. Caddell*
Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
cbc@caddellchapman.com
Amy E. Tabor (SBN 297660)
aet@caddellchapman.com
CADDELL & CHAPMAN
628 East 9th St.
Houston, TX 77007-1722
Tel.: (713) 751-0400
Fax: (713) 751-0906

*Attorneys for Plaintiff*

Dated: February 26, 2018     By: */s/ Christopher J. Truxler*
Christopher J. Truxler (SBN 282354)
ctruxler@seyfarth.com
SEYFARTH SHAW LLP
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

*Attorneys for Defendant Deverus, Inc.*

**CERTIFICATE OF SERVICE**

I, Amy E. Tabor hereby certify that on February 26, 2018 this document was filed with the Court using the CM/ECF system and thereby served on all counsel of record.

*/s/Amy E. Tabor*
Amy E. Tabor